# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21491-JAD |
| | : | |
| Joseph D. Caputo and Ruth N. Caputo, | : | Chapter 13 |
| Debtors | : | |
| _____ | : | Related to Docket No. 9 |
| | : | |
| Joseph D. Caputo and Ruth N. Caputo, | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this  26th  day of  April , 2017, upon consideration of the Motion of the above reference Debtors, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtors to file their Chapter 13 Petition, Schedules, Chapter 13 Plan, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including May 8, 2017.

BY THE COURT:

_____ sjk
Jeffery A. Deller,
Chief Bankruptcy Judge

FILED
4/26/17 8:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph D. Caputo  
Ruth N. Caputo  
    Debtors

Case No. 17-21491-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Apr 26, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.  
db/jdb    +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
    Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    TOTAL: 4