## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-21491-JAD |
| | : | |
| JOSEPH D. CAPUTO AND | : | CHAPTER 13 |
| RUTH N. CAPUTO, | : | |
| DEBTORS | : | |
| | : | RELATED TO DOC. NO. 6, 7 |
| JOSEPH D. CAPUTO AND | : | |
| RUTH N. CAPUTO, | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | May 10, 2017 at 10:00 AM |
| vs. | : | |
| | : | Responses due by 5/1/2017 |
| ADVANCED RECOVERY | : | |
| SYSTEM, | : | |
| ASSET ACCEPTANCE, | : | |
| AT&T, | : | |
| CAPITAL ONE, | : | |
| CERTEGY, | : | |
| CHASE, | : | |
| CHASE MANHATTAN BANK, | : | |
| CITIFINANCIAL, | : | |
| COLONIAL ACCEPTANCE, | : | |
| COMENITY BANK/EXPRESS, | : | |
| CREDIT COLLECTION USA, | : | |
| CREDIT MANAGEMENT | : | |
| COMPANY, | : | |
| EAGLE EMERGENCY CARE, | : | |
| FIRST PREMIER BANK, | : | |
| GECRB/JCP, | : | |
| HSBC BANK, | : | |
| HVHS, | : | |
| JP MORGAN CHASE BANK, | : | |
| LVNV FUNDING, | : | |
| KML LAW GROUP, | : | |
| MASTERFIN, | : | |
| MIDLAND CREDIT | : | |
| MANAGEMENT, | : | |
| MIDNIGHT VELVET, | : | |
| MON VALLEY HOSPITAL, | : | |
| NATIONAL CITY, | : | |
| NATIONAL RECOVERY, | : | |
| NCO FIN/55, | : | |
| PALISADES COLLECTION, | : | |

**RESURGENT CAPITAL**            :
**SERVICES,**                    :
**REVENUE RECOVERY,**            :
**ROUNDUP FUNDING,**             :
**SHAWS JEWELERS,**              :
**SOUTHWEST**                    :
**GASTROENTEROLOGY,**            :
**UNITED COLLECTION**            :
**BUREAU,**                      :
**VERIZON WIRELESS,**            :
**WASHINGTON HOSPITAL,**         :
**WASHINGTON MUTUAL,**           :
**WEST PENN POWER,**             :
**WFNNB/EXPRESS,**               :
**WINDSTREAM,**                  :
**WORLD FINANCIAL**              :
**NETWORK NATIONAL BANK,**       :
**ZENITH ACQUISITION, and**      :                                      :
**RONDA J. WINNECOUR, ESQ.**     :
**CHAPTER 13 TRUSTEE,**          :
              **RESPONDENTS**    :

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on April 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 2, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 2, 2017                          By: /s/ Paul W. McElrath
                                            Paul W. McElrath, Esquire
                                            Attorney for Debtor/Movant
                                            PA I.D. #86220
                                            McElrath Legal Holdings, LLC
                                            1641 Saw Mill Run Blvd
                                            Pittsburgh, PA 15210
                                            (412) 765-3606