IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21491-JAD |
| Joseph D. Caputo and Ruth N. Caputo, Debtors | : | Chapter 13 |
| | : | Related to Docket No. 15 |
| Joseph D. Caputo and Ruth N. Caputo, Movants | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

AND NOW, on this _9th_ day of _May_, 2017, upon consideration of the Motion of the above reference Debtors, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtors to file their Chapter 13 Petition, Schedules, Chapter 13 Plan, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including May 19, 2017.

BY THE COURT:

_____
Jeffery A. Deller,
Chief Bankruptcy Judge

FILED
5/9/17 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph D. Caputo
Ruth N. Caputo
    Debtors

Case No. 17-21491-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: May 09, 2017
                   Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.
db/jdb      +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 5