# United States Bankruptcy Court
## Western District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | Joseph D. Caputo Ruth N. Caputo | Case No. | 17-21491 |
| | Debtor(s) | Chapter | 13 |

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Joseph D. Caputo__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, __Ruth N. Caputo__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **May 18, 2017**             Signature   **/s/ Joseph D. Caputo**
                                              **Joseph D. Caputo**
                                              Debtor

Date **May 18, 2017**             Signature   **/s/ Ruth N. Caputo**
                                              **Ruth N. Caputo**
                                              Joint Debtor

## Westmoreland Sanitary Landfill, LLC

**264**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOSEPH CAPUTO, 10 POTTERS ALLEY BOX 5, FREDERICKTOWN, PA 15333 | | | | | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 03/26/2017 - 04/08/2017 | Pay Date: 04/14/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
|---|---|---|---|---|---|---|---|
| Straight Time - Landfill | 80:00 | 18.04 | 1,443.20 | 11,545.60 | | -807.67 | -6,077.66 |
| Overtime (x1.5) - Landfill | 48:11 | 27.06 | 1,303.84 | 8,677.24 | | | |
| PTO Rate - Landfill | | | 0.00 | 432.96 | **Adjustments to Net Pay** | Current | YTD Amount |
| Holiday Rate - Landfill | | | 0.00 | 288.64 | Teamsters Local 585 | -22.00 | -176.00 |
| | 128:11 | | 2,747.04 | 20,944.44 | | | |
| | | | | | Net Pay | 1,864.36 | 14,266.70 |

| Deductions From Gross | Current | YTD Amount | | | | |
|---|---|---|---|---|---|---|
| Medical Insurance | -49.32 | -394.56 | Paid Time Off | Earned | YTD Used | Available |
| Dental Insurance | -1.52 | -12.16 | Vacation | 0:00 | 24:00 | 16:00 |
| Vision Insurance | -2.17 | -17.36 | | | | |
| | -53.01 | -424.08 | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax (EIT) - 1% | -26.94 | -205.22 |
| LST | -2.00 | -16.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -488.00 | -3,642.00 |
| Social Security EE | -167.03 | -1,272.26 |
| FICA EE | -39.07 | -297.55 |
| PA - Withholding | -82.71 | -629.97 |
| PA - SUI EE | -1.92 | -14.66 |

Westmoreland Sanitary Landfill LLC, 111 Conner Ln, Belle Vernon, PA 15012, WESTMORELAND SANITARY LANDFILL, LLC        Powered by Intuit Payroll

## Westmoreland Sanitary Landfill, LLC

**254**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOSEPH CAPUTO, 10 POTTERS ALLEY BOX 5, FREDERICKTOWN, PA 15333 | | | | | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 03/12/2017 - 03/25/2017 | Pay Date: 03/31/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
|---|---|---|---|---|---|---|---|
| Straight Time - Landfill | 80:00 | 18.04 | 1,443.20 | 10,102.40 | | -737.33 | -5,269.99 |
| Overtime (x1.5) - Landfill | 41:11 | 27.06 | 1,114.42 | 7,373.40 | | | |
| PTO Rate - Landfill | | | 0.00 | 432.96 | **Adjustments to Net Pay** | Current | YTD Amount |
| Holiday Rate - Landfill | | | 0.00 | 288.64 | Teamsters Local 585 | -22.00 | -154.00 |
| | 121:11 | | 2,557.62 | 18,197.40 | | | |
| | | | | | Net Pay | 1,745.28 | 12,402.34 |

| Deductions From Gross | Current | YTD Amount | | | | |
|---|---|---|---|---|---|---|
| Medical Insurance | -49.32 | -345.24 | Paid Time Off | Earned | YTD Used | Available |
| Dental Insurance | -1.52 | -10.64 | Vacation | 0:00 | 24:00 | 16:00 |
| Vision Insurance | -2.17 | -15.19 | | | | |
| | -53.01 | -371.07 | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax (EIT) - 1% | -25.05 | -178.28 |
| LST | -2.00 | -14.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -440.00 | -3,154.00 |
| Social Security EE | -155.28 | -1,105.23 |
| FICA EE | -36.32 | -258.48 |
| PA - Withholding | -76.89 | -547.26 |
| PA - SUI EE | -1.79 | -12.74 |

Westmoreland Sanitary Landfill LLC, 111 Conner Ln, Belle Vernon, PA 15012, WESTMORELAND SANITARY LANDFILL, LLC        Powered by Intuit Payroll

## Westmoreland Sanitary Landfill, LLC

**276**

| JOSEPH CAPUTO | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 10 POTTERS ALLEY BOX 5 | Regular Pay | 80.00 | 18.04 | 1,443.20 | 1,443.20 | Federal Income Tax | 351.77 | 3,993.77 |
| FREDERICKTOWN | Landfill | - | 18.04 | 0.00 | 11,545.60 | Social Security | 133.37 | 1,405.63 |
| PA, 15333 | Overtime Pay | 13.12 | 27.06 | 355.03 | 9,032.27 | Medicare | 31.19 | 328.74 |
| | Double Overtime Pay | 7.25 | 36.08 | 261.58 | 261.58 | PA Income Tax | 66.04 | 696.01 |
| | Vacation Pay | 8.00 | 18.04 | 144.32 | 577.28 | PA SUI Employee | 1.54 | 16.20 |
| | Holiday Pay | - | 18.04 | 0.00 | 288.64 | East Bethlehem TWP | 10.76 | 215.98 |
| | | | | | | Bethlehem-center SD PSD 630304 | 10.76 | 10.76 |
| **WESTMORELAND SANITARY LAN** | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| 111 Conner Lane | | | | | | Medical Insurance | 49.32 | 443.88 |
| BELLE VERNON | | | | | | Vision Insurance | 2.17 | 19.53 |
| PA, 15012 | **OTHER PAY** | | | **Current** | **YTD** | Dental Insurance | 1.52 | 13.68 |
| | | | | | | PA LST | 2.00 | 18.00 |
| | | | | | | Teamsters Local 585 | 22.00 | 198.00 |

| Pay Period | | | **SUMMARY** | **Current** | **YTD** |
|---|---|---|---|---|---|

## Westmoreland Sanitary Landfill, LLC

**234**

Employee
JOSEPH CAPUTO, 10 POTTERS ALLEY BOX 5, FREDERICKTOWN, PA 15333

| | | | | | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Single/Withhold | | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 01/29/2017 - 02/11/2017 | | Pay Date: 02/17/2017 | |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time - Landfill | 80:00 | 18.04 | 1,443.20 | 5,772.80 |
| Overtime (x1.5) - Landfill | 49:10 | 27.06 | 1,330.45 | 3,897.99 |
| PTO Rate - Landfill | | | 0.00 | 288.64 |
| Holiday Rate - Landfill | | | 0.00 | 288.64 |
| | 129:10 | | 2,773.65 | 10,248.07 |

| | | | | | | | -816.80 | -2,956.39 |
|---|---|---|---|---|---|---|---|---|

| Adjustments to Net Pay | | Current | YTD Amount |
|---|---|---|---|
| Teamsters Local 585 | | -22.00 | -88.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Medical Insurance | -49.32 | -197.28 |
| Dental Insurance | -1.52 | -6.08 |
| Vision Insurance | -2.17 | -8.68 |
| | -53.01 | -212.04 |

| Net Pay | | 1,881.84 | 6,991.64 |
|---|---|---|---|

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Tax (EIT) - 1% | -27.21 | -100.37 |
| LST | -2.00 | -8.00 |
| Federal Withholding | -494.00 | -1,765.00 |
| Social Security EE | -168.68 | -622.23 |
| FICA EE | -39.45 | -145.52 |
| PA - Withholding | -83.52 | -308.10 |
| PA - SUI EE | -1.94 | -7.17 |

Westmoreland Sanitary Landfill LLC, 111 Conner Ln, Belle Vernon, PA 15012, WESTMORELAND SANITARY LANDFILL, LLC

Powered by **Intuit Payroll**

---

## Westmoreland Sanitary Landfill, LLC

**215**

Employee
JOSEPH CAPUTO, 10 POTTERS ALLEY BOX 5, FREDERICKTOWN, PA 15333

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-7096 | Single/Withhold | Fed-0/0/PA-0/0 |
| | Pay Period: 01/01/2017 - 01/14/2017 | | Pay Date: 01/20/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time - Landfill | 80:00 | 18.04 | 1,443.20 | 2,886.40 |
| Overtime (x1.5) - Landfill | 25:01 | 27.06 | 676.95 | 1,526.18 |
| Holiday Rate - Landfill | 8:00 | 18.04 | 144.32 | 288.64 |
| PTO Rate - Landfill | 8:00 | 18.04 | 144.32 | 144.32 |
| | 121:01 | | 2,408.79 | 4,845.54 |

| | | | | | | | -682.78 | -1,375.86 |
|---|---|---|---|---|---|---|---|---|

| Adjustments to Net Pay | | Current | YTD Amount |
|---|---|---|---|
| Teamsters Local 585 | | -22.00 | -44.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Medical Insurance | -49.32 | -98.64 |
| Dental Insurance | -1.52 | -3.04 |
| Vision Insurance | -2.17 | -4.34 |
| | -53.01 | -106.02 |

| Net Pay | | 1,651.00 | 3,319.66 |
|---|---|---|---|

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Tax (EIT) - 1% | -23.56 | -47.40 |
| LST | -2.00 | -4.00 |
| Federal Withholding | -403.00 | -813.00 |
| Social Security EE | -146.06 | -293.85 |
| FICA EE | -34.16 | -68.72 |
| PA - Withholding | -72.32 | -145.50 |
| PA - SUI EE | -1.68 | -3.39 |

Westmoreland Sanitary Landfill LLC, 111 Conner Ln, Belle Vernon, PA 15012, Westmoreland Sanitary Landfill, LLC.

Powered by **Intuit Payroll**

---

## Westmoreland Sanitary Landfill, LLC

**175**

Employee
JOSEPH CAPUTO, 10 POTTERS ALLEY BOX 5, FREDERICKTOWN, PA 15333

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-7096 | Single/Withhold | Fed-0/0/PA-0/0 |
| | Pay Period: 12/04/2016 - 12/17/2016 | | Pay Date: 12/23/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time - Landfill | 80:00 | 18.04 | 1,443.20 | 16,342.40 |
| Overtime (x1.5) - Landfill | 26:10 | 27.06 | 708.07 | 10,300.87 |
| PTO Rate - Landfill | | | 0.00 | 560.32 |
| Holiday Rate - Landfill | | | 0.00 | 424.48 |
| | 106:10 | | 2,151.27 | 27,628.07 |

| | | | | | | | -589.42 | -7,711.49 |
|---|---|---|---|---|---|---|---|---|

| Adjustments to Net Pay | | Current | YTD Amount |
|---|---|---|---|
| Teamsters Local 585 | | -22.00 | -264.00 |
| Garnishment - Caputo | | 0.00 | -8,712.62 |
| | | -22.00 | -8,976.62 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Medical Insurance | -49.32 | -679.50 |
| Dental Insurance | -1.52 | -23.04 |
| Vision Insurance | -2.17 | -22.92 |
| | -53.01 | -725.46 |

| Net Pay | | 1,486.84 | 10,214.50 |
|---|---|---|---|

| Taxable Company Items | | Current | YTD Amount |
|---|---|---|---|
| Tervita Term Life Insurance | | 0.00 | 27.36 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Tax (EIT) - 1% | -20.98 | -269.03 |
| LST | -2.00 | -22.00 |
| Federal Withholding | -340.00 | -4,515.06 |
| Social Security EE | -130.00 | |
| FICA EE | | |