**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| **Joseph Caputo and** | : | Case No. 17-21491-JAD |
| **Ruth Caputo,** | : | Chapter 13 |
|      **Debtors** | : | |
| | : | |
| **Joseph Caputo,** | : | |
|      **Movant** | : | |
| | : | |
| vs. | : | |
| | : | |
| **Westmoreland Sanitary Landfill** | : | Related to Docket No. 20 |
| **111 Conner Lane** | : | |
| **Belle Vernon, PA 15012** | : | |
| **Attention: Payroll Administrator,** | : | |
|      **Respondent** | : | |
| | : | |
| and | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|      **Additional Respondent** | : | |
| | : | |
| **Social Security No. xxx-xx-7096.** | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

    IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

               WESTMORELAND SANITARY LANDFILL
               111 CONNER LANE
               BELLE VERNON PA 15012
               ATTENTION: PAYROLL ADMINISTRATOR

Shall deduct from said income the sum of One Thousand Seventy Nine Dollars and Eight Cents ($1,079.08) bi-weekly (each pay period), beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past

employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

>RONDA J. WINNECOUR, ESQUIRE
>CHAPTER 13 TRUSTEE, W.D. PA
>P.O. BOX 84051
>CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Paul W. McElrath, Jr., Esquire, Professional Office Building, 1641 Saw Mill Run Blvd., Pittsburgh, PA 15210, (412) 765-3606, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __22nd__ day of _____May_____, 2017.

_____ sjk
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

>FILED
>5/22/17 11:15 am
>CLERK
>U.S. BANKRUPTCY
>COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph D. Caputo
Ruth N. Caputo
    Debtors

Case No. 17-21491-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: May 22, 2017
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.
db/jdb       +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
       Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                    TOTAL: 5