**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−21491−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Joseph D. Caputo  
P.O. Box 5  
Fredericktown, PA 15333  

Ruth N. Caputo  
P.O. Box 5  
Fredericktown, PA 15333  

Social Security No.:
xxx−xx−7096                                   xxx−xx−1937

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR  
Paul W. McElrath Jr.  
McElrath Legal Holdings, LLC.  
1641 Saw Mill Run Boulevard  
Pittsburgh, PA 15210  
Telephone number: 412−765−3606  

NAME/ADDRESS OF TRUSTEE  
Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
Telephone number: 412−471−5566  

DATE/TIME/LOCATION OF MEETING OF CREDITORS  
September 18, 2017  
02:00 PM  
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219  

CONFIRMATION HEARING DATE/TIME/LOC  
September 18, 2017  
02:00 PM  
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219  

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/10/17

BY THE COURT

Jeffery A. Deller  
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 17-21491-JAD
Joseph D. Caputo                                                  Chapter 13
Ruth N. Caputo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 3           Date Rcvd: Aug 10, 2017
                             Form ID: rsc13          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
```
db/jdb         +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005
14401820       +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
14401821       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14401823        At&T,   Po Box 57907 Attn: Dispute Investigatio,    Murray, UT 84157-0907
14401866       ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: Washington Mutual,    Po Box 1093,   Northridge, CA 91328)
14401824       +Capital One,   PO Box 71083,    Charlotte, NC 28272-1083
14401825       +Certegy,   P.O. Box 30046,    Tampa, FL 33630-3046
14401826       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
14401827        Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
14401828        Citifinancial,    PO Box 830016,    Baltimore, MD 21283
14401829       +Colonial Acceptance,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14401831       +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
14401837        ECS of Pennsylvania,    P.O. Box 5020,    Knoxville, TN 37950
14401835       +Eagle Emergency Care Inc.,    PO Box 28,   Washington, PA 15301-0028
14401838       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14401841       +HVHS,   2 Peartree Way,    Beaver, PA 15009-1954
14401840       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14401842       +JP Morgan Chase Bank,    7255 Baymeadows Way,    Mailstop JAXB2007,   Jacksonville, FL 32256-6851
14401843       +KML Law Group,   Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14521962        Louis A. Johnson VA Medical Center,    Pne Medical Center Drive,   Clarksburg, WV 26301
14401846       +Masterfin,   333 South Anita Drive Suite 150,    Orange, CA 92868-3320
14401848       +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14401850        Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14401851       +National City,    Pob 400104,    Pittsburgh, PA 15278-0001
14401852       +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
14401853        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14521973       +PA Department Of Labor & Industry,    PO Box 28405,   Harrisburg, PA 17128-0001
14401857       +Revenue Recovery,    P O Box 2698,    Knoxville, TN 37901-2698
14401859        Sears Roebuck and Co.,    P.O. Box 2400,    Omaha, NE 68103-2400
14401862       +United Collect Bureau,    5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
14401863       +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
14401864       +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14401865       +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,   Washington, PA 15301-3398
14401868       +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
14401869       +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14401870       +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,   Charlotte, NC 28270-2408
14401872       +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
14401836        eCAST Settlement Corp.,    Post Office Box 35480,   Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2017 01:20:01     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14401822       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 11 2017 01:20:03      Asset Acceptance,
                 Po Box 2036,   Warren, MI 48090-2036
14401832       +E-mail/Text: ccusa@ccuhome.com Aug 11 2017 01:19:39     Credit Coll/Usa,    Po Box 873,
                 Morgantown, WV 26507-0873
14401833       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 11 2017 01:20:21
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14401834       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 11 2017 01:20:21
                 Credit Management Company,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
14401839        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2017 01:21:31     Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
14401844      ++E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2017 01:21:18     LVNV Funding,
                 Citibank,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14401845        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2017 01:21:18     LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14401847       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 11 2017 01:20:06     Midland Credit Management,
                 8875 Aero Dr,   San Diego, CA 92123-2255
14401854       +E-mail/Text: ebn@vativrecovery.com Aug 11 2017 01:19:46     Palisades Collection,
                 210 Sylvan Ave,   Englewood, NJ 07632-2510
14401855        E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2017 01:19:49      Quantum3 Group LLC,
                 P.O. Box 788,   Kirkland, WA 98083-0788
14401856        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2017 01:21:30
                 Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
14401858        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2017 01:21:18
                 Roundup Funding, LLC,    MS 550,   P.O. Box 91121,    Seattle, WA 98111-9221
14401860       +E-mail/Text: ebnsterling@weltman.com Aug 11 2017 01:19:47     Shaws Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4601
```

```
District/off: 0315-2           User: bsil                  Page 2 of 3                   Date Rcvd: Aug 10, 2017
                               Form ID: rsc13              Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14401867       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 11 2017 01:20:10     West Penn Power,
                 c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14401871       +E-mail/Text: bncmail@w-legal.com Aug 11 2017 01:20:13     World Financial Network National Bank,
                 Value City Furniture,    c/o Weinstein & Riley, P.S.,     2101 Fourth Avenue, Suite 900,
                 Seattle, WA 98121-2339
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
14521938*      +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
14521939*      +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14521940*      +Asset Acceptance,    Po Box 2036,   Warren, MI 48090-2036
14521941*       At&T,   Po Box 57907 Attn: Dispute Investigatio,     Murray, UT 84157-0907
14521986*     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: Washington Mutual,     Po Box 1093,    Northridge, CA 91328)
14521942*      +Capital One,   PO Box 71083,    Charlotte, NC 28272-1083
14521943*      +Certegy,   P.O. Box 30046,    Tampa, FL 33630-3046
14521944*      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
14521945*       Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
14521946*       Citifinancial,    PO Box 830016,    Baltimore, MD 21283
14521947*      +Colonial Acceptance,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14401830*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14521948*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14521949*      +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
14521950*      +Credit Coll/Usa,    Po Box 873,   Morgantown, WV 26507-0873
14521951*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14521952*      +Credit Management Company,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
14521955*       ECS of Pennsylvania,    P.O. Box 5020,    Knoxville, TN 37950
14521953*      +Eagle Emergency Care Inc.,    PO Box 28,   Washington, PA 15301-0028
14521956*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14521957*       Gemb/Jcp,    Po Box 984100,   El Paso, TX 79998
14521959*      +HVHS,    2 Peartree Way,    Beaver, PA 15009-1954
14521958*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14521960*      +JP Morgan Chase Bank,    7255 Baymeadows Way,    Mailstop JAXB2007,    Jacksonville, FL 32256-6851
14521961*      +KML Law Group,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14521963*      +LVNV Funding,    Citibank,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14521964*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14521965*      +Masterfin,    333 South Anita Drive Suite 150,    Orange, CA 92868-3320
14521966*      +Midland Credit Management,    8875 Aero Dr,    San Diego, CA 92123-2255
14521967*      +Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
14401849*       Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
14521968*       Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
14521969*       Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14521970*      +National City,    Pob 400104,   Pittsburgh, PA 15278-0001
14521971*      +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
14521972*       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14521974*      +Palisades Collection,    210 Sylvan Ave,    Englewood, NJ 07632-2510
14521975*       Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
14521976*       Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
14521977*      +Revenue Recovery,    P O Box 2698,   Knoxville, TN 37901-2698
14521978*       Roundup Funding, LLC,    MS 550,    P.O. Box 91121,    Seattle, WA 98111-9221
14521979*       Sears Roebuck and Co.,    P.O. Box 2400,    Omaha, NE 68103-2400
14521980*      +Shaws Jewelers,    375 Ghent Rd,   Fairlawn, OH 44333-4601
14521981*      +Southwest Gastroenterology,    3515 Washington Road,    Suite 570,    McMurray, PA 15317-3070
14521982*      +United Collect Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
14521983*      +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
14521984*      +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14521985*      +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,    Washington, PA 15301-3398
14521987*      +West Penn Power,    c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,
                 Fairmont, WV 26554-3526
14521988*      +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
14521990*      +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,    Charlotte, NC 28270-2408
14521989*      +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14521991*      +World Financial Network National Bank,    Value City Furniture,    c/o Weinstein & Riley, P.S.,
                 2101 Fourth Avenue, Suite 900,    Seattle, WA 98121-2339
14521992*      +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
14521954*       eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
14401861      ##+Southwest Gastroenterology,    3515 Washington Road,    Suite 570,    McMurray, PA 15317-3070
                                                                                               TOTALS: 1, * 55, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: bsil                 Page 3 of 3                  Date Rcvd: Aug 10, 2017
                               Form ID: rsc13             Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor      JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5