**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21491-JAD |
| Joseph D. Caputo and | : | |
| Ruth N. Caputo, | : | Chapter 13 |
|     Debtors | : | |
| _____ | : | |
| Joseph D. Caputo and | : | Related to Docket No. 37 |
| Ruth N. Caputo, | : | |
|     Movants | : | Hearing Date and Time: |
| | : | September 19, 2017 at 10:00 AM |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING**
**MOTION TO WAIVE APPEARANCE AT §341(a) MEETING OF CREDITORS**
**AS TO DEBTOR-WIFE AND TO ALLOW TESTIMONY OF DEBTOR-HUSBAND TO**
**STAND FOR BOTH DEBTORS**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **August 31, 2017,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at **www.pawb.uscourts.gov** to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **September 19, 2017 at 10:00 a.m.** before Judge Deller in Court Room D, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: August 14, 2017

Attorney for Movant/Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com