## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-21491-JAD |
| Joseph D. Caputo and | : | |
| Ruth N. Caputo, | : | Chapter 13 |
| Debtors | : | |
| _____ | : | |
| Joseph D. Caputo and | : | Related to Doc. No. 37, 38 |
| Ruth N. Caputo, | : | |
| Movants | : | Hearing Date and Time: |
| | : | September 19, 2017 at 10:00 AM |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION MOTION TO WAIVE APPEARANCE AT §341(a) MEETING OF CREDITORS AS TO DEBTOR-WIFE AND TO ALLOW TESTIMONY OF DEBTOR-HUSBAND TO STAND FOR BOTH DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the excuse the Debtor-Wife Ruth N. Caputo's appearance at the §341(a) Meeting of Creditors in this case and to allow the testimony of the Debtor-Husband Joseph D. Caputo to stand for both Debtors, filed on August 14, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 31, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 5, 2017            By:     /s/ Paul W. McElrath
                                            Paul W. McElrath, Esquire
                                            Attorney for Debtor/Movant
                                            PA I.D. #86220
                                            McElrath Legal Holdings, LLC
                                            1641 Saw Mill Run Blvd.
                                            Pittsburgh, PA 15210
                                            (412) 765-3606