## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

|  |  |  |
|---|---|---|
|  | : | **Case No. 17-21491-JAD** |
| **Joseph Caputo and** | : |  |
| **Ruth Caputo,** | : | **Chapter 13** |
|     **Debtors** | : |  |
|  | : |  |
| **Joseph Caputo,** | : |  |
|     **Movant** | : | **Related to Doc. No. 41** |
|  | : |  |
|     **v.** | : |  |
|  | : |  |
| **Elizabeth Equipment Services, Inc.** | : |  |
|     **Respondent** | : |  |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and have served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on September 12, 2017         /s/ Sharla Munroe
                                       Sharla Munroe, Paralegal
                                       McElrath Legal Holdings, LLC
                                       1641 Saw Mill Run Blvd.
                                       Pittsburgh, PA 15210
                                       Tel: 412.765.3606

**MATRIX**

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Joseph Caputo
P.O. Box 5
Fredericktown, PA 15333

Elizabeth Equipment Services, Inc.
Attn: Payroll Manager
5300 State Route 51S
Belle Vernon, PA 15012