UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOSEPH D. & RUTH N. CAPUTO
**Case Number:** 17-21491-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 16, 2017 02:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/21/17 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#19 - Final Confirmation of Plan Dated 5/19/2017 (NFC)
R / M #: 19 / 0

### *Appearances:*

Debtor: Freitag
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Warmbrodt - JPMorgan Chase

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1-11-18 at 11:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/8/2017    2:36:12PM