UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

**Joseph Caputo and
Ruth N. Caputo,
    Debtors**

**Joseph Caputo,
S.S. No. xxx-xx-7096
    Movant**

**v.**

**Elizabeth Equipment Services
    Respondent**

Case No. 17-21491-JAD

Chapter 13

Related to Doc. No. 54

### ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this __13th__ day of __February__, 2018, it is hereby ORDERED, ADJUDGED and DECREED that,

Elizabeth Equipment Services, Inc.
Attn: Payroll Manager
5300 State Route 51S
Belle Vernon, PA 15012

Is hereby ordered to immediately terminate the attachment of the wages of Joseph Caputo, social security number xxx-xx-7096. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of Joseph Caputo.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

_Jeffery A. Deller_
CHIEF U. S. BANKRUPTCY JUDGE

FILED
2/13/18 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 17-21491-JAD
Joseph D. Caputo                                                     Chapter 13
Ruth N. Caputo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                 Page 1 of 1           Date Rcvd: Feb 13, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db/jdb         +Joseph D. Caputo,    Ruth N. Caputo,   P.O. Box 5,    Fredericktown, PA 15333-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5