**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 17-21491-JAD** |
| **Joseph Caputo and** | : | |
| **Ruth N. Caputo,** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 67** |
| **Joseph Caputo,** | : | |
| **S.S. No. xxx-xx-7096** | : | |
|     **Movant** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **W. G. Tomko, Inc.** | : | |
|     **Respondent** | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 28, 2019, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: May 28, 2019                         /s/ Sharla Munroe
                                                                        Sharla Munroe, Paralegal
                                                                        McElrath Legal Holdings, LLC
                                                                        1641 Saw Mill Run Blvd.
                                                                        Pittsburgh, PA 15210
                                                                        Tel: 412.765.3606
                                                                        Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Caputo, Joseph & Ruth N
P.O. Box 5
Fredericktown, PA 15333

W. G. Tomko, Inc.
Attn: Payroll Manager
2559 PA-88 #1
Finleyville, PA 15332