**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph D. Caputo**
**Ruth N. Caputo**
　Debtor(s)

Bankruptcy Case No.: 17–21491–JAD
Doc. #81
Chapter: 13
Docket No.: 82 – 81
Concil. Conf.: September 17, 2020 at 09:00 AM

## ORDER

　　**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

　　**IT IS HEREBY ORDERED** that, on or before **August 3, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

　　　1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

　　　2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

　　**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

　　On or before **August 18, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

　　On **September 17, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

　　If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

　　This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 19, 2020

　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21491-JAD
Joseph D. Caputo                                                        Chapter 13
Ruth N. Caputo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz          Page 1 of 3          Date Rcvd: Jun 19, 2020
                             Form ID: 410         Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
```
db/jdb        +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005
14401820      +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
14401821      +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14401823      +At&T,    Po Box 57907 Attn: Dispute Investigatio,    Murray, UT 84157-0907
14401825      +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
14401827       Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
14401828       Citifinancial,    PO Box 830016,    Baltimore, MD 21283
14401837       ECS of Pennsylvania,    P.O. Box 5020,    Knoxville, TN 37950
14401835      +Eagle Emergency Care Inc.,    PO Box 28,    Washington, PA 15301-0028
14401838      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14401841      +HVHS,    2 Peartree Way,    Beaver, PA 15009-1964
14401840      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14401843      +KML Law Group,    Suite 5000-Mellon Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14521962       Louis A. Johnson VA Medical Center,    Pne Medical Center Drive,    Clarksburg, WV 26301
14401846      +Masterfin,    333 South Anita Drive  Suite 150,    Orange, CA 92868-3320
14401850       Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14401851      +National City,    Pob 400104,    Pittsburgh, PA 15278-0001
14401852      +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
14401853       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14521973      +PA Department Of Labor & Industry,    PO Box 28405,    Harrisburg, PA 17128-0001
14401857      +Revenue Recovery,    P O Box 2698,    Knoxville, TN 37901-2698
14401859       Sears Roebuck and Co.,    P.O. Box 2400,    Omaha, NE 68103-2400
14401861      +Southwest Gastroenterology,    3515 Washington Road,    Suite 570,  McMurray, PA 15317-3070
14401862      +United Collect Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
14401864      +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14401865      +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,    Washington, PA 15301-3398
14401869      +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14401870      +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,    Charlotte, NC 28270-2408
14401872      +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
14401836       eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14681816       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:09:53
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14401822      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 20 2020 03:51:25    Asset Acceptance,
                Po Box 2036,    Warren, MI 48090-2036
14401824      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2020 04:09:42    Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
14401831      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2020 03:51:01    Comenity Bank/Express,
                Po Box 182789,    Columbus, OH 43218-2789
14401832      +E-mail/Text: ccusa@ccuhome.com Jun 20 2020 03:50:46    Credit Coll/Usa,    Po Box 873,
                Morgantown, WV 26507-0873
14401833      +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 20 2020 03:51:55
                Credit Management Co.,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14401834      +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 20 2020 03:51:55
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14401839       E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2020 04:07:36    Gemb/Jcp,    Po Box 984100,
                El Paso, TX 79998
14401826       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 04:09:40    Chase,   Po Box 24696,
                Columbus, OH 43224
14401842       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 04:07:43    JP Morgan Chase Bank,
                7255 Baymeadows Way,    Mailstop JAXB2007,    Jacksonville, FL 32256
14401866       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 04:09:40    Washington Mutual,
                Po Box 1093,    Northridge, CA 91328
14401844      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:09:52    LVNV Funding,
                Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14401845       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:08:54    LVNV Funding,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14680221       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:07:56
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14691895       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:07:56
                LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14401847      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2020 03:51:27    Midland Credit Management,
                8875 Aero Dr,    San Diego, CA 92123-2255
14401848      +E-mail/Text: bankruptcy@sccompanies.com Jun 20 2020 03:52:17    Midnight Velvet,
                1112 7th Ave,    Monroe, WI 53566-1364
```

```
District/off: 0315-2          User: skoz              Page 2 of 3              Date Rcvd: Jun 19, 2020
                              Form ID: 410             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14401854        +E-mail/Text: ebn@vativrecovery.com Jun 20 2020 03:50:59        Palisades Collection,
                 210 Sylvan Ave,   Englewood, NJ 07632-2510
14401855         E-mail/Text: bnc-quantum@quantum3group.com Jun 20 2020 03:51:10        Quantum3 Group LLC,
                 P.O. Box 788,   Kirkland, WA 98083-0788
14401856         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:07:55
                 Resurgent Capital Services,   PO Box 10826,   Greenville, SC 29603-0826
14401858         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:09:53
                 Roundup Funding, LLC,   MS 550,   P.O. Box 91121,   Seattle, WA 98111-9221
14401860        +E-mail/Text: BKRMailOPS@weltman.com Jun 20 2020 03:51:00        Shaws Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4601
14401863        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 20 2020 03:50:41
                 Verizon Wireless/Great,   1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-6046
14401867        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 20 2020 03:51:32        West Penn Power,
                 c/o First Energy,   Revenue Assurance,   1310 Fairmont Avenue,   Fairmont, WV 26554-3526
14674700        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 20 2020 03:51:32        West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
14401868        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2020 03:51:01        Wfnnb/Express,
                 Po Box 330066,   Northglenn, CO 80233-8066
14401871        +E-mail/Text: bncmail@w-legal.com Jun 20 2020 03:51:40        World Financial Network National Bank,
                 Value City Furniture,   c/o Weinstein & Riley, P.S.,   2101 Fourth Avenue, Suite 900,
                 Seattle, WA 98121-2339
                                                                                          TOTAL: 27


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
14521938*       +Advanced Recovery System,   901 E 8th Ave Ste 206,   King Of Prussia, PA 19406-1354
14521939*       +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14521940*       +Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
14521941*       +At&T,   Po Box 57907 Attn: Dispute Investigatio,   Murray, UT 84157-0907
14521942*       +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
14521943*       +Certegy,   P.O. Box 30046,   Tampa, FL 33630-3046
14521945*        Chase Manhattan Bank,   PO Box 830016,   Baltimore, MD 21283
14521946*        Citifinancial,   PO Box 830016,   Baltimore, MD 21283
14521947*       +Colonial Acceptance,   312 Fallowfield Ave,   Charleroi, PA 15022-1405
14401830*       +Colonial Acceptance Co,   312 Fallowfield Ave,   Charleroi, PA 15022-1405
14521948*       +Colonial Acceptance Co,   312 Fallowfield Ave,   Charleroi, PA 15022-1405
14521949*       +Comenity Bank/Express,   Po Box 182789,   Columbus, OH 43218-2789
14521950*       +Credit Coll/Usa,   Po Box 873,   Morgantown, WV 26507-0873
14521951*       +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14521952*       +Credit Management Company,   2121 Noblestown Road,   Pittsburg, PA 15205-3956
14521955*        ECS of Pennsylvania,   P.O. Box 5020,   Knoxville, TN 37950
14521953*       +Eagle Emergency Care Inc.,   PO Box 28,   Washington, PA 15301-0028
14521956*       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14521957*        Gemb/Jcp,   Po Box 984100,   El Paso, TX 79998
14521959*       +HVHS,   2 Peartree Way,   Beaver, PA 15009-1954
14521958*       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14521986*      ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: Washington Mutual,   Po Box 1093,   Northridge, CA 91328)
14521944*      ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: Chase,   Po Box 24696,   Columbus, OH 43224)
14521960*      ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: JP Morgan Chase Bank,   7255 Baymeadows Way,   Mailstop JAXB2007,
                 Jacksonville, FL 32256)
14521961*       +KML Law Group,   Suite 5000-Mellon Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14521963*       +LVNV Funding,   Citibank,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14521964*        LVNV Funding,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14521965*       +Masterfin,   333 South Anita Drive  Suite 150,   Orange, CA 92868-3320
14521966*       +Midland Credit Management,   8875 Aero Dr,   San Diego, CA 92123-2255
14521967*       +Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
14401849*        Midnight Velvet,   1112 7th Avenue,   Monroe, WI 53566-1364
14521968*        Midnight Velvet,   1112 7th Avenue,   Monroe, WI 53566-1364
14521969*       +Mon valley Hospital,   1163 Country Club Road,   Monongahela, PA 15063-1095
14521970*       +National City,   Pob 400104,   Pittsburgh, PA 15278-0001
14521971*       +Natl Recover,   4201 Crums Mill Rd,   Harrisburg, PA 17112-2893
14521972*       +Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
14521974*       +Palisades Collection,   210 Sylvan Ave,   Englewood, NJ 07632-2510
14521975*        Quantum3 Group LLC,   P.O. Box 788,   Kirkland, WA 98083-0788
14521976*        Resurgent Capital Services,   PO Box 10826,   Greenville, SC 29603-0826
14521977*       +Revenue Recovery,   P O Box 2698,   Knoxville, TN 37901-2698
14521978*        Roundup Funding, LLC,   MS 550,   P.O. Box 91121,   Seattle, WA 98111-9221
14521979*        Sears Roebuck and Co.,   P.O. Box 2400,   Omaha, NE 68103-2400
14521980*       +Shaws Jewelers,   375 Ghent Rd,   Fairlawn, OH 44333-4601
```

```
District/off: 0315-2         User: skoz            Page 3 of 3          Date Rcvd: Jun 19, 2020
                            Form ID: 410           Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****
14521981*       +Southwest Gastroenterology,   3515 Washington Road,   Suite 570,   McMurray, PA 15317-3070
14521982*       +United Collect Bureau,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
14521983*       +Verizon Wireless/Great,   1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-6046
14521984*       +Washington Hospital,   155 Wilson Avenue,   Washington, PA 15301-3398
14521985*       +Washington Hospital,   ATTN: Ed Scheddy,   155 Wilson Avenue,   Washington, PA 15301-3398
14521987*       +West Penn Power,   c/o First Energy,   Revenue Assurance,   1310 Fairmont Avenue,
                 Fairmont, WV 26554-3526
14521988*       +Wfnnb/Express,   Po Box 330066,   Northglenn, CO 80233-8066
14521990*       +Windstream,   Attn: Support Services,   1720 Galleria Blvd.,   Charlotte, NC 28270-2408
14521989*       +Windstream,   1720 Galleria Boulevard,   Charlotte, NC 28270-2408
14521991*       +World Financial Network National Bank,   Value City Furniture,   c/o Weinstein & Riley, P.S.,
                 2101 Fourth Avenue, Suite 900,   Seattle, WA 98121-2334
14521992*       +Zenith Acquisition,   220 John Glenn Dr # 1,   Amherst, NY 14228-2246
14521954*        eCAST Settlement Corp.,   Post Office Box 35480,   Newark, NJ 07193-5480
14401829       ##+Colonial Acceptance,   312 Fallowfield Ave,   Charleroi, PA 15022-1405
                                                                                TOTALS: 1, * 55, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor Joseph D. Caputo  ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Plaintiff Ruth N. Caputo  ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Joint Debtor Ruth N. Caputo  ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Plaintiff Joseph D. Caputo  ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                TOTAL: 8