# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOSEPH D. & RUTH N. CAPUTO
- Case Number: 17-21491-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 17, 2020 09:00 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

- Trustee's Certificate of Default to Dismiss H, Aff Fld?
- R/M #: 81 / 0

**Appearances:**

- Debtor: Zutz
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

$19359 in arrears

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. _X_ Other:

per debtor counsel, Debtors request dismissal without prejudice. Trustee consents

FILED
9/21/20 7:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

9/10/2020  12:24:23PM