**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joseph D. Caputo** | : | Case No. 17−21491−JAD |
| **Ruth N. Caputo** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #81 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   *AND NOW,* this *The 21st of September, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

                         <u>Jeffery A. Deller</u>
                          United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21491-JAD
Joseph D. Caputo                                                          Chapter 13
Ruth N. Caputo
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz              Page 1 of 3              Date Rcvd: Sep 21, 2020
                              Form ID: 309            Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
```
db/jdb         +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005
14401820       +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
14401821       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14401823        At&T,   Po Box 57907  Attn: Dispute Investigatio,    Murray, UT 84157-0907
14401825       +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
14401827        Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
14401828        Citifinancial,    PO Box 830016,    Baltimore, MD 21283
14401837        ECS of Pennsylvania,    P.O. Box 5020,    Knoxville, TN 37950
14401835       +Eagle Emergency Care Inc.,    PO Box 28,    Washington, PA 15301-0028
14401841       +HVHS,   2 Peartree Way,    Beaver, PA 15009-1954
14401843       +KML Law Group,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14521962        Louis A. Johnson VA Medical Center,    Pne Medical Center Drive,    Clarksburg, WV 26301
14401846       +Masterfin,    333 South Anita Drive  Suite 150,    Orange, CA 92868-3320
14401850        Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14401851       +National City,    Pob 400104,    Pittsburgh, PA 15278-0001
14401852       +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
14401853        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14521973       +PA Department Of Labor & Industry,    PO Box 28405,    Harrisburg, PA 17128-0001
14401857       +Revenue Recovery,    P O Box 2698,    Knoxville, TN 37901-2698
14401859        Sears Roebuck and Co.,    P.O. Box 2400,    Omaha, NE 68103-2400
14401861       +Southwest Gastroenterology,    3515 Washington Road,    Suite 570,    McMurray, PA 15317-3070
14401862       +United Collect Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
14401864       +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14401865       +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,    Washington, PA 15301-3398
14401869       +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14401870       +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,    Charlotte, NC 28270-2408
14401872       +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14681816        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:07:02
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14401822       +EDI: ACCE.COM Sep 22 2020 07:28:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
14401824       +EDI: CAPITALONE.COM Sep 22 2020 07:28:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
14401831       +EDI: WFNNB.COM Sep 22 2020 07:28:00      Comenity Bank/Express,    Po Box 182789,
                 Columbus, OH 43218-2789
14401832       +EDI: CCUSA.COM Sep 22 2020 07:28:00      Credit Coll/Usa,    Po Box 873,
                 Morgantown, WV 26507-0873
14401833       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 22 2020 03:57:54
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14401834       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 22 2020 03:57:54
                 Credit Management Company,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
14401838       +EDI: AMINFOFP.COM Sep 22 2020 07:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14401839        EDI: RMSC.COM Sep 22 2020 07:28:00      Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998
14401840       +EDI: HFC.COM Sep 22 2020 07:28:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14401826        EDI: JPMORGANCHASE Sep 22 2020 07:28:00      Chase,    Po Box 24696,    Columbus, OH 43224
14401842        EDI: JPMORGANCHASE Sep 22 2020 07:28:00      JP Morgan Chase Bank,    7255 Baymeadows Way,
                 Mailstop JAXB2007,    Jacksonville, FL 32256
14401866        EDI: JPMORGANCHASE Sep 22 2020 07:28:00      Washington Mutual,    Po Box 1093,
                 Northridge, CA 91328
14401844       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:07:01      LVNV Funding,
                 Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14401845        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:07:01      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14680221        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:06:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14691895        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:06:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14401847       +EDI: MID8.COM Sep 22 2020 07:28:00      Midland Credit Management,    8875 Aero Dr,
                 San Diego, CA 92123-2255
14401848       +EDI: CBS7AVE Sep 22 2020 07:28:00      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14401854       +E-mail/Text: ebn@vativrecovery.com Sep 22 2020 03:57:16      Palisades Collection,
                 210 Sylvan Ave,    Englewood, NJ 07632-2510
14401855        EDI: Q3G.COM Sep 22 2020 07:28:00      Quantum3 Group LLC,    P.O. Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0315-2            User: skoz                    Page 2 of 3                    Date Rcvd: Sep 21, 2020
                                Form ID: 309                  Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14401856          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:06:23
                   Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
14401858          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:07:01
                   Roundup Funding, LLC,    MS 550,    P.O. Box 91121,    Seattle, WA 98111-9221
14401860         +E-mail/Text: BKRMailOPS@weltman.com Sep 22 2020 03:57:17      Shaws Jewelers,   375 Ghent Rd,
                   Fairlawn, OH 44333-4601
14401863         +EDI: VERIZONCOMB.COM Sep 22 2020 07:28:00      Verizon Wireless/Great,
                   1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
14401867         +E-mail/Text: bankruptcy@firstenergycorp.com Sep 22 2020 03:57:45      West Penn Power,
                   c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14674700         +E-mail/Text: bankruptcy@firstenergycorp.com Sep 22 2020 03:57:45      West Penn Power,
                   5001 NASA Blvd,    Fairmont WV 26554-8248
14401868         +EDI: WFNNB.COM Sep 22 2020 07:28:00      Wfnnb/Express,    Po Box 330066,
                   Northglenn, CO 80233-8066
14401871         +E-mail/Text: bncmail@w-legal.com Sep 22 2020 03:57:48      World Financial Network National Bank,
                   Value City Furniture,    c/o Weinstein & Riley, P.S.,     2101 Fourth Avenue, Suite 900,
                   Seattle, WA 98121-2339
14401836          EDI: ECAST.COM Sep 22 2020 07:28:00      eCAST Settlement Corp.,    Post Office Box 35480,
                   Newark, NJ 07193-5480
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
14521938*       +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
14521939*       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14521940*       +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
14521941*        At&T,   Po Box 57907 Attn: Dispute Investigatio,     Murray, UT 84157-0907
14521942*       +Capital One,    PO Box 71083,   Charlotte, NC 28272-1083
14521943*       +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
14521945*        Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
14521946*        Citifinancial,    PO Box 830016,    Baltimore, MD 21283
14521947*       +Colonial Acceptance,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14401830*       +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14521948*       +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14521949*       +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
14521950*       +Credit Coll/Usa,    Po Box 873,    Morgantown, WV 26507-0873
14521951*       +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14521952*       +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14521955*        ECS of Pennsylvania,    P.O. Box 5020,    Knoxville, TN 37950
14521953*       +Eagle Emergency Care Inc.,    PO Box 28,    Washington, PA 15301-0028
14521956*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14521957*        Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998
14521959*       +HVHS,    2 Peartree Way,    Beaver, PA 15009-1954
14521958*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14521986*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Washington Mutual,    Po Box 1093,    Northridge, CA 91328)
14521944*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase,   Po Box 24696,    Columbus, OH 43224)
14521960*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   JP Morgan Chase Bank,    7255 Baymeadows Way,    Mailstop JAXB2007,
                  Jacksonville, FL 32256)
14521961*       +KML Law Group,    Suite 5000-Mellon Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
14521963*       +LVNV Funding,    Citibank,   Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14521964*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14521965*       +Masterfin,    333 South Anita Drive Suite 150,    Orange, CA 92868-3320
14521966*       +Midland Credit Management,    8875 Aero Dr,    San Diego, CA 92123-2255
14521967*       +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14401849*        Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
14521968*        Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
14521969*        Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14521970*       +National City,    Pob 400104,    Pittsburgh, PA 15278-0001
14521971*       +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
14521972*        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14521974*       +Palisades Collection,    210 Sylvan Ave,    Englewood, NJ 07632-2510
14521975*        Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
14521976*        Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
14521977*       +Revenue Recovery,    P O Box 2698,    Knoxville, TN 37901-2698
14521978*        Roundup Funding, LLC,    MS 550,    P.O. Box 91121,    Seattle, WA 98111-9221
14521979*        Sears Roebuck and Co.,    P.O. Box 2400,    Omaha, NE 68103-2400
14521980*       +Shaws Jewelers,    375 Ghent Rd,    Fairlawn, OH 44333-4601
14521981*       +Southwest Gastroenterology,    3515 Washington Road,    Suite 570,    McMurray, PA 15317-3070
14521982*       +United Collect Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
```

```
District/off: 0315-2               User: skoz                  Page 3 of 3                  Date Rcvd: Sep 21, 2020
                                   Form ID: 309                Total Noticed: 57


             ***** BYPASSED RECIPIENTS (continued) *****
14521983*        +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
14521984*        +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14521985*        +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,    Washington, PA 15301-3398
14521987*        +West Penn Power,    c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,
                   Fairmont, WV 26554-3526
14521988*        +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
14521990*        +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,    Charlotte, NC 28270-2408
14521989*        +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14521991*        +World Financial Network National Bank,    Value City Furniture,    c/o Weinstein & Riley, P.S.,
                   2101 Fourth Avenue, Suite 900,    Seattle, WA 98121-2339
14521992*        +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
14521954*         eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
14401829        ##+Colonial Acceptance,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
                                                                                             TOTALS: 1, * 55, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Ruth N. Caputo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Joseph D. Caputo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```