**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSEPH D. CAPUTO
    RUTH N. CAPUTO
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:17-21491 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/12/2017 and confirmed on 09/25/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,052.68 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,052.68 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 3,098.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,598.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 44,539.36 | 0.00 | 44,539.36 |
|     Acct: 2122 | | | | |
|   JPMORGAN CHASE BANK | 61,000.00 | 16,914.52 | 0.00 | 16,914.52 |
|     Acct: 2122 | | | | |
| | | | | 61,453.88 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH D. CAPUTO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 750.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

| 17-21491 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | CHASE MANHATTAN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9945 | | | | |
| | ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0495 | | | | |
| | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6445 | | | | |
| | ATT CREDIT MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8901 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 169.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 9175 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2122 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,366.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 7510 | | | | |
| | COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4471 | | | | |
| | COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1500 | | | | |
| | COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3812 | | | | |
| | COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3812 | | | | |
| | COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6560 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0573 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5201 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2571 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2218 | | | | |
| | ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECS OF PENNSYLVANIA INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1486 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5502 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0612 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0612 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1486 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5502 | | | | |
| | JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3699 | | | | |
| | HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5127 | | | | |
| | LOUIS A JOHNSON VA MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8062 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: | | | | |
|   MASTER FINANCIAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0996 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4763 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5821 | | | | |
|   MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 355O | | | | |
|   MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8512 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5560 | | | | |
|   NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2451 | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   PALISADES COLLECTION LLC/ASTA* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1102 | | | | |
|   QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   REVENUE RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1706 | | | | |
|   ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   SHAW'S JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8433 | | | | |
|   UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4028 | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0001 | | | | |
|   WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   WASHINGTON MUTUAL BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2122 | | | | |
|   FIRST ENERGY/WEST PENN POWER** | 3,270.49 | 0.00 | 0.00 | 0.00 |
|   Acct: 7968 | | | | |
|   WORLD FINCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0573 | | | | |
|   ALLTEL/WINDSTREAM COMMUNICATNS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   WORLD FINANCIAL NETWORK/VALUE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ZENITH ACQUISTITIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0560 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   EAGLE EMERGENCY CARE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   HERITAGE VALLEY HEALTH SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 17-21491 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| MONONGAHELA VALLEY HOSPITAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| SEARS/CITI CARD USA*++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| SOUTHWEST GASTROENTEROLOGY ASN- | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | | 45.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3180 | | | | | |
| SHAPIRO & DENARDO LLC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***NONE***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 61,453.88 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 61,000.00 | |
| UNSECURED | 5,851.06 | |

Date: 10/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com